

**RIGRODSKY LAW** P.A.

*Attorneys at Law*                                                                                     www.rl-legal.com

Seth D. Rigrodsky                                                                                     Herbert W. Mondros
*Admitted in DE, NY*                                                                                  *Admitted in DE, PA*

Timothy J. MacFall                                                                                    Vincent A. Licata
*Admitted in NY*                                                                                      *Admitted in NY*

Gina M. Serra
*Admitted in DE, NJ, NY, PA*

November 11, 2021

**VIA ECF**

The Honorable Paul G. Gardephe
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Stein v. IKONICS Corp.*, Case No. 1:21-cv-6550 (S.D.N.Y.)
            *Whitfield v. IKONICS Corp.*, Case No. 1:21-cv-07010 (S.D.N.Y.)

Dear Judge Gardephe:

    The undersigned represent plaintiffs in the cases captioned *Stein v. IKONICS Corp.*, Case No. 1:21-cv-6550, and *Whitfield v. IKONICS Corp.*, Case No. 1:21-v-7010, which have been assigned to Your Honor and marked as related cases. In both cases, the Court has scheduled a status conference for November 18, 2021, at 10:45 a.m.

    We have conferred with counsel for the defendants, Mr. Jeff Justman (Jeff.Justman@faegredrinker.com), who will be served with this letter by email. While defendants have informed us that they reserve all Rule 12(b) defenses, all parties respectfully request that the status conference currently set for November 18 be rescheduled to a future date. The reason for the parties' joint request is that the definitive proxy statement for Ikonics Corp. is not yet on file, and the date for the shareholder vote was just set yesterday, for December 10, 2021. The parties propose that a status conference be rescheduled to approximately thirty (30) days after the shareholder vote, on a date and at a time that are convenient for the Court. Should Your Honor have any questions, we are available at the Court's convenience.

**Memo Endorsed:** The application is granted. The initial pre-trial conference scheduled for November 18, 2021 is adjourned to **January 6, 2022 at 11:15 a.m.** in Courtroom 705 of the U.S. Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

*[signature]*
Paul G. Gardephe
United States District Judge

Dated: November 15, 2021

Respectfully submitted,

*/s/ Gina M. Serra*
Gina M. Serra, Esq.

*/s/ Gloria Kui Melwani*
Gloria Kui Melwani, Esq.